*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Clark W. MOORE, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 2006–3364.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2006.

Clark W. Moore, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**In re AEROSPACE OPTICS, INC.**

No. 2006–1526.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2006.

### *ORDER*

Upon consideration of Aerospace Optics, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Anthony R. MICKENS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 2006–3304.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2006.

Anthony R. Mickens, pro se.

### *ORDER*

Anthony R. Mickens submits correspondence that we treat as a motion to transfer his case to the United States District Court for the Western District of Texas and submits a motion for leave to proceed in forma pauperis.

Upon consideration thereof,